No. 53. Bevis *v.* Armco Steel Corp., *ante,* p. 810;

No. 69. Shotkin *v.* Colorado ex rel. Attorney General of Colorado, *ante,* p. 832;

No. 118. Johnston *v.* McIntee et al., *ante,* p. 817;

No. 124. Smiley *v.* United States, *ante,* p. 817;

No. 152. El Dorado Oil Works *v.* McColgan, Franchise Tax Commissioner, *ante,* p. 801;

No. 155. Sabin et al. *v.* Levorsen, *ante,* p. 833;

No. 156. Sabin et al. *v.* Midland Savings & Loan Co., *ante,* p. 833;

No. 164. Roberts *v.* Missouri-Kansas-Texas Railroad Co., *ante,* p. 832;

No. 180. Brotherhood of Railroad Trainmen *v.* Templeton et al., *ante,* p. 823;

No. 197. Porhownik et al. *v.* United States, *ante,* p. 825;

No. 214. Fruehauf Trailer Co. *v.* Myers, *ante,* p. 827;

No. 222. Schatte et al. *v.* International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada et al., *ante,* p. 827;

No. 223. Studio Carpenters Local Union No. 946 *v.* Loew's, Inc. et al., *ante,* p. 828;

No. 224. MacKay et al. *v.* Loew's, Inc. et al., *ante,* p. 828;

No. 232. Turner *v.* Alton Banking & Trust Co., Executor, *ante,* p. 833;

No. 235. Chicago & Southern Air Lines, Inc. *v.* Civil Aeronautics Board et al., *ante,* p. 829. The petitions for rehearing in these cases are denied.

No. 191. Willumeit *v.* United States, *ante,* p. 834. Rehearing denied. Mr. Justice Clark took no part in the consideration or decision of this application.